# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## HELENA DIVISION

**FILED**

APR 28 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| APRIL SCHMITT, | |
| Plaintiff, | No. CV-16-106-H-SEH |
| vs. | **ORDER** |
| JOSEPH LAMPORT, JR., individually and on behalf of Rob's Easy Auto Buy Here/Pay Here, LLC; KATHERINE LAMPORT, individually and on behalf of Rob's Easy Auto Buy Here/Pay Here, LLC; GALUSHA HIGGINS & GALUSHA, P.C.; and BRADLEY COOK, CPA, individually and on behalf of GALUSHA, HIGGINS & GALUSHA, P.C., | |
| Defendants. | |

On March 22, 2017, the Court revised the pretrial schedule in this case to

require, *inter alia*, that each party file an amended preliminary pretrial statement

on or before April 21, 2017, addressing, with strict compliance, each matter listed

in Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii) and L.R. 16.2(b)(1).[1] The preliminary

pretrial statements filed on April 21, 2017, fail to comply with the Court's March

---

[1] Doc. 26 at 2-3.

22, 2017, Order.

Deficiencies in the April 21, 2017, preliminary pretrial statements include:

1.     Defendants Joseph Lamport, Jr., individually and on behalf of Rob's Easy Auto Buy Here/Pay Here, LLC and Katherine Lamport, individually and on behalf of Rob's Easy Auto Buy Here/Pay Here, LLC's Amended Preliminary Pretrial Statement[2] does not address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's March 22, 2017, Order.

2.     Plaintiff April Schmitt's Amended Preliminary Pretrial Statement[3] does not include a summary of information known or believed to be known by each individual that may be used in proving or denying any party's claims or defenses as required under L.R. 16.2(b)(1)(J) and by the Court's March 22, 2017, Order.

3.     Galusha, Higgins & Galusha, P.C. and Bradley Cook, CPA, individually and on behalf of Galusha, Higgins & Galusha, P.C.'s Preliminary Pretrial Statement[4] does not address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's March 22, 2017, Order.

---

[2] Doc. 33.

[3] Doc. 34.

[4] Doc. 35.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statements to address the deficiencies outlined in paragraphs 1, 2, and 3 above shall be filed and served on or before May 5, 2017.

DATED this 28th day of April, 2017.

SAM E. HADDON
United States District Judge