# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| APRIL SCHMITT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH LAMPORT, JR., individually and on behalf of Rob's Easy Auto Buy Here/Pay Here, LLC; KATHERINE LAMPORT, individually and on behalf of Rob's Easy Auto Buy Here/Pay Here, LLC; GALUSHA HIGGINS & GALUSHA, P.C.; and BRADLEY COOK, CPA, individually and on behalf of GALUSHA, HIGGINS & GALUSHA, P.C.,<br><br>　　　　　　Defendants. | No. CV-16-106-H-SEH<br><br>**ORDER** |

On August 15, 2017, Plaintiff April Schmitt requested an Order dismissing Count V of her Second Amended Complaint[1] against Defendant Galusha, Higgins & Galusha, P.C. ("GHG"), which alleged that GHG violated the Fair Debt

---

[1] Doc. No. 27.

Collection Practices Act, 15 U.S.C. 1692, et. seq.[2] As of the filing of the Plaintiff's motion, Defendants Joseph and Katherine Lamport had not responded and the Court issued an order directing compliance with L.R. 7.1(c)(1).[3] On August 16, 2017, Defendants Joseph Lamport and Katherine Lamport responded stating they do not oppose Plaintiff's Motion to Dismiss Count V against Defendant Galusha, Higgins & Galusha, P.C.[4] Additionally, Plaintiff April Schmitt provided a statement of compliance on August 29, 2017.[5]

ORDERED:

1. Count V of Plaintiff's Second Amended Complaint is dismissed with prejudice.

2. All remaining counts contained in Plaintiff's Second Amended Complaint remain in effect.

DATED this 5 day of September, 2017.

SAM E. HADDON
United States District Judge

---

[2] Doc. No. 54

[3] Doc. No. 58.

[4] Doc. No. 57.

[5] Doc. No. 59.