IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| APRIL SCHMITT,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH LAMPORT, JR. individually and on behalf of Rob's Easy Auto Buy Here/Pay Here, LLC; KATHERINE LAMPORT, individually and on behalf of Rob's Easy Auto Buy Here/Pay Here.<br><br>Defendants. | Cause No. CV-16-106-SEH<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The Plaintiff April Schmitt, by and through her counsel of record, and Defendants Joseph Lamport Jr., individually and on behalf of Rob's Easy Auto Buy Here/Pay Here, LLC, and Katherine Lamport, individually and on behalf of Rob's Easy Auto Buy Here/Pay Here, by and through their counsel of record, have filed a stipulation to the dismissal of all claims made, or that could have been made, by Plaintiff against the Defendants in the above-captioned matter with prejudice as fully settled on the merits, with each of the parties to bear their own attorneys' fees and costs.

1

ORDERED:

The above-captioned case is DISMISSED WITH PREJUDICE, and each of the parties will bear their own attorneys' fees and costs.

DATED this 8th day of March, 2018.

*Sam E. Haddon*
SAM E. HADDON
U.S. District Court Judge